UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2026

TOORAK CAPITAL PARTNERS, LLC,

                Plaintiff,

        -v-

PRIVATE MONEY LENDERS, LLC, *et al.*,

                Defendants.

**ORDER**

25-CV-6871 (ER)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter, ECF No. 58, requesting to adjourn the pre-settlement conference scheduled on February 25, 2026. The request is **GRANTED**, and the parties shall submit a joint letter stating their views regarding the right time for a settlement conference by **April 27, 2026**.

Any future adjournment requests must be made by letter-motion pursuant to Rule II(A) of the undersigned's Individual Rules and Practices.

**SO ORDERED.**

Dated: February 24, 2026
     New York, New York

                                   Henry J. Ricardo
                                   United States Magistrate Judge