UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/28/2026
```

TOORAK CAPITAL PARTNERS, LLC,

Plaintiff,

-v-

PRIVATE MONEY LENDERS, LLC, *et al.*,

Defendants.

**ORDER**

25-CV-6871 (ER)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' letter, ECF No. 65, stating that they do not wish to hold a settlement conference at this time.  If circumstances change, the parties should request a conference by filing a letter motion on the docket.

**SO ORDERED.**

Dated: April 28, 2026
    New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge