**CAMARINOS LAW GROUP**
LLC

411 Hackensack Avenue, 2nd Floor
Hackensack, New Jersey 07601
Telephone: (201) 564-5291
Email: mcamarinos@esqs.com

**Michael D. Camarinos, Esq.**
A Member of the N.J. and N.Y. Bar

October 30, 2026

**Via ECF**
The Honorable Edgardo Ramos
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re: **Toorak Capital Partners LLC v. Private Money Lenders LLC, et al.**
**No. 25-cv-6871 (ER) (HR) – Letter-Motion for a Two-Business-Day Extension of the Status Report Deadline (Dkt. No. 86)**

Dear Judge Ramos:

This law firm represents Defendants and Counterclaimants. Pursuant to Rule 1.E of Your Honor's Individual Practices, Defendants respectfully request a two-business-day extension, through the close of business on Monday, November 2, 2026, of the October 29, 2026 deadline for the parties' status report under the Court's October 19, 2026 Order (Dkt. No. 86). This is the first request to extend this deadline. On October 29, Defendants served on Plaintiff the privilege log and the written disclosure of collection sources and search methodology referenced in Dkt. No. 85, ¶ 3, and provided Plaintiff's counsel with Defendants' proposed joint status report. Plaintiff's counsel has advised that Plaintiff has not had sufficient opportunity to review the disclosures and the proposed report. Additional time is therefore necessary for the parties to confer, and Defendants have proposed to do so. Plaintiff's counsel does not consent to this request, stating that Defendants did not seek to confer before providing the proposed report and did not provide sufficient time to confer on or prior to October 29. Defendants thank the Court for its consideration.

Respectfully submitted,

CAMARINOS LAW GROUP, LLC
*Attorneys for Defendants/Counterclaimants*

By: */s/Michael D. Camarinos*
Michael D. Camarinos, Esq.

cc: Counsel for Plaintiff (via ECF)